**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Jerome Fears
     Plaintiff,

v.             Case No.: 1:24–cv–05101
             Honorable Matthew F. Kennelly

Elias Agredano, et al.
      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, March 1, 2025:

   MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report. The telephonic status hearing set for 3/7/2025 is vacated and reset to 5/6/2025 at 8:55 AM, using the following call–in number: 650–479–3207, access code 2305–915–8729. A joint status report is to be filed on 4/29/2025. The joint status report must include for each party a statement of whether it intends to file a summary judgment or other dispositive motion and, if so, a summary of the anticipated grounds. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.